U.S. DISTRICT COURT
FILED AT WHEELING, WV
MAY 18 2000
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                    Criminal No. 1:00-CR-16

JOHN ROBERT RENNER,
        Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From on or about October 1997, and continuing through November, 1997, in the Northern District of West Virginia, and elsewhere, the defendant JOHN ROBERT RENNER, devised and intended to devise a scheme and artifice to defraud and to obtain money and property from Allstate Insurance Company, by means of false and fraudulent pretenses, representations and promises well knowing at the time that the pretenses, representations and promises were false and fraudulent when made, which scheme and artifice to defraud as devised and intended to be devised was in substance as outlined in the paragraphs below.

    1.) JOHN ROBERT RENNER, owned a 1990 Subaru Legacy station wagon, Vin number JF1BJ6329LK911738, of the value of approximately $6,000.00. The vehicle was insured through Allstate Insurance Company.

    2.) JOHN ROBERT RENNER was dissatisfied with the vehicle, and arranged with a person known to the United States Attorney

to steal the automobile so that he could collect the insurance money.

3.) On October 13, 1997, the said 1990 Subaru Legacy station wagon was purchased by police in an undercover operation from a person known to the United States Attorney.

4.) On October 14, 1997, the vehicle was reported as stolen to the Monongalia County Sheriff's Department.

5.) On October 14th, and continuing thereafter, the defendant, JOHN ROBERT RENNER, made claim to the insurance company for monies for the vehicle, telling the insurance company that it had been stolen.

On or about February, 1998, the defendant JOHN ROBERT RENNER, for the purpose of executing and attempting to execute the scheme and artifice to defraud, cause to be placed, into an authorized depository for mail matter to be delivered by the United States Postal Service, which was material to the claim of loss and which prompted Allstate Insurance Company to issue payment to the defendant in the amount of approximately $6,635.00; ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1341.

_____
Melvin W. Kahle, Jr.
United States Attorney